

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

May 12, 2009

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-337-539-5000*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*1-318-676-4276*

RECEIVED
IN LAFAYETTE, LA.

MAY 1 8 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

FILED
MAY 1 4 2009
MINUTES
PAGES
JIM SCOTT
DEPUTY CLERK OF COURT

Clerk of Court
1st Judicial District Court
Caddo Parish Courthouse
501 Texas Street, #300A
Shreveport, LA 71101

    In re: Civil Action No. 5:08cv285
           Your Case No. 527837
           David Hudson Jr vs. E O G Resources Inc et al

Dear Sir/Madam:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

    Please acknowledge receipt on the enclosed copy of this letter.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE May 12, 2009.

                                           TONY R. MOORE
                                           CLERK OF COURT

lw